UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEMAJ SMITH | ) | No. EDCV 14-1946 ODW (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SHERMAN, (A.W.), | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied; judgment is entered denying the Petition without prejudice; and that the petition be transferred to the Ninth Circuit Court of Appeals.

DATED: February 11, 2016

OTIS D. WRIGHT II
United States District Judge